## 34255. HORNING v. HUTSON et al.

NICHOLS, Chief Justice.

Horning appeals from a judgment in his habeas proceeding finding the extradition papers in order and denying him discharge on any of the grounds asserted by him.

1. Detention for a period in excess of that permitted by Code Ann. § 44-415 provides a ground for discharge from jail or bail if the governor's warrant has not been executed, but it does not provide a ground for avoiding extradition where the warrant has been executed. *Stynchcombe v. Whitley,* 240 Ga. 776 (242 SE2d 720) (1978).

2. None of the other grounds asserted by Horning provides a basis for avoiding extradition. Michigan v. Doran, — U. S. — (99 SC 530, 58 LE2d 521) (1978); *Anderson v. State,* 243 Ga. 216 (1979).

*Judgment affirmed. All the Justices concur.*

SUBMITTED NOVEMBER 17, 1978 — DECIDED FEBRUARY 9, 1979.

*J. Fred Ivester, L. S. Cobb,* for appellant.
*Thomas J. Charron, District Attorney,* for appellees.